# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MICHAELS AND NELDA JOHNSON,<br><br>Plaintiffs,<br><br>V.<br><br>WELLS FARGO BANK, N.A; and DOES 1-10, inclusive,<br><br>Defendant(s). | CASE NO.: CV14-03784-DMG(AJWx)<br><br>**ORDER RE DISMISSAL OF ACTION [16]** |

In accordance with Plaintiffs' Notice of Dismissal, filed on July 25, 2014, the above-captioned case is dismissed in its entirety *with prejudice.*

IT IS SO ORDERED.

DATED: July 25, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

ORDER RE DISMISSAL OF ACTION